IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                Case No.     3:06cr460/MCR
                                                           3:09cv455/MCR/EMT

BETTY SYLVESTER
_____/

**O R D E R**

Defendant has filed a motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255 with a memorandum of law and supporting appendix in support (*see* Docs. 140, 141). She has also filed a motion for leave to file a memorandum in excess of twenty-five (25) pages (Doc. 142), which the court grants.

Accordingly, it is **ORDERED**:

1. The clerk of this court is directed to furnish a copy of this order and of the motion to vacate, set aside, or correct sentence to the Office of the United States Attorney for this district, which office shall have **SIXTY (60) DAYS** from the date this order is entered on the docket in which to show cause, if any, why the relief requested should not be granted.

2. Defendant's motion for leave to file a memorandum in excess of twenty-five (25) pages (Doc. 142) is **GRANTED.**

**DONE AND ORDERED** this 16th day of October 2009.

                                       /s/ *Elizabeth M. Timothy*
                                       **ELIZABETH M. TIMOTHY**
                                       **UNITED STATES MAGISTRATE JUDGE**