**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**    Case Nos. 3:06cr460/MCR
                      3:09cv455/MCR/EMT

**BETTY SYLVESTER**

---

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME
IN WHICH TO RESPOND TO DEFENDANT'S
MOTION TO VACATE, SET ASIDE, OR CORRECT
<u>SENTENCE UNDER 28 U.S.C. § 2255</u>**

COMES NOW the United States of America, and files this motion for a thirty (30) day extension of time in which to respond to the defendant's motion to vacate, set aside, or correct sentence under Title 28, United States Code, Section 2255.

1.  The undersigned received this Court's Order dated October 16, 2009, requiring a response from the government within sixty (60) days, to be due on December 15, 2009, in which to respond to the defendant's petition. (Doc. 143).

2.  Due to numerous case related responsibilities over the past sixty (60) days, the undersigned has been unable to complete the government's response which is now due. Said duties and responsibilities included, but have not been limited to the following: preparation of complaint, Indictment and plea documents for the change of plea hearing in *United States v. Ivan David Jimenez-Rodriguez*, 3:09cr109/LAC; preparation of complaint and indictment in *United States v. Alirio Rene Silva-Montoya*, 3:09cr111/RV;

preparation of Indictment and plea documents for the change of plea hearing in *United States v. Angella McCranie*, 3:09cr103/RV; preparation of plea documents for change of plea hearing in *United States v. Oscar Adan Alvarado-Viera*, 3:09cr98/MCR; change of plea in *United States v. Rogelio Gabriel-Arrellano*, 3:09cr97/LAC; first half of sentencing hearing in *United States v. Phillip Sylvester*, 3:09cr33MCR, and preparation of sentencing memorandum; first half of sentencing hearing in *United States v. Donald Wayne Baxley*, 3:09cr77/MCR; preparation of sentencing memorandum and sentencing hearing in *United States v. John Marshall Williams*, 3:09cr80/MCR; preparation of sentencing memorandum and sentencing hearing in *Unites States v. Betty Jean Florence*, 3:09cr75/LAC; preparation of sentencing memorandum and sentencing hearing in *United States v. Danny Ray Barlow*, 3:09cr83/LAC; sentencing hearing in *United States v. Henry Hale*, 3:09cr87/LAC; and, assisted in the preparation of the government's Title 28, United States Code, Section 2255 response in *United States v. Jerrod Jason Sanders*, 5:09cr273/RS/MD.

3. In addition to the aforementioned matters, the undersigned has also assisted in the review of multiple search warrants during this sixty (60) day time period and has been engaged in multiple other investigations.

4. Therefore, and in light of the above identified matters, the undersigned has not had sufficient time to prepare the government's response which is now due and accordingly requests more time to prepare and file a response.

5. This request for extension of time in which to respond is not made for the

purposes of delay or to prejudice anyone's rights. The defendant in this matter is incarcerated. The government is unable to confer with her regarding this motion.

WHEREFORE, the Government respectfully requests that it receive an additional sixty (60) days in which to respond to the defendant's claim.

Dated this 14th day of December, 2009.

                                        Respectfully submitted,

                                        THOMAS F. KIRWIN
                                        United States Attorney

                                        */s/ Tiffany H. Eggers*
                                        TIFFANY H. EGGERS
                                        Assistant  U.S. Attorney
                                        Fla. Bar Number 0193968
                                        21 East Garden Street, Suite 400
                                        Pensacola, Florida 32502
                                        850/444-4000

## **RULE 7.1(B) CERTIFICATION**

The defendant in this matter is incarcerated. The government is unable to confer with her regarding this motion.

                                        */s/ Tiffany H. Eggers*
                                        TIFFANY H. EGGERS
                                        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this motion has been sent via U.S. Mail to Betty Sylvester, Register No. 06606-017, FCI Tallahassee, 501 Capital Circle, NE, Tallahassee, FL 32301, on the 15th day of December, 2009.  Because the filing of this document is after 5:00 pm on December 14, 2009, mailing of the document will be done on December 15, 2009.

                                         */s/ Tiffany H. Eggers*
                                         TIFFANY H. EGGERS
                                         Assistant U.S. Attorney