UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                      CASE NO.  3:06cr460/MCR
                                       3:09cv455/MCR/EMT

BETTY SYLVESTER

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED and ADJUDGED that the Defendant, BETTY SYLVESTER's motion to vacate, set aside, or correct sentence is DENIED.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

January 17, 2012
DATE

s/ *Susan Simms*
Deputy Clerk: Susan Simms