12-11225 C

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 7 2012

JOHN LEY
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY SYLVESTER
    Petitioner,

vs.                         Docket No.: 3:06CR460
                                    3:09CV455/MCR/EMT

UNITED STATES OF AMERICA
    Respondent.
_____/

## NOTICE OF APPEAL

    COMES NOW, Petitioner Betty Sylbster with Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's Order entered on January 17, 2012. [D. E. 159]

    Done this 28th, day of February 2012

                                      Respectfully submitted,

                                      s/ Betty Sylvester
                                      Betty Sylvester
                                      Reg. 06606-017
                                      FCI Tallahassee
                                      501 Capital Circle, NE
                                      Tallahassee, Fl 32301

## CERTIFICATE OF SERVICE

    I HEREBY DO CERTIFY that a true and correct copy of this pleading that was prepared with the assistance of counsel was mailed to: Tiffany Eggers, 21 East Garden Street, Pensacola, FL 32502 via First Class Postage.

    Done this 28th, day of February 2012

                                        Respectfully submitted,

                                        s/ Betty Sylvester
                                      Betty Sylvester
                                      Reg. 06606-017
                                      501 Capital Circle, NE
                                      Tallahassee, Fl 32301

Filed 0302'12 USDC FLN 3PM 0237