# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 13, 2012

Betty Sylvester
FCI Tallahassee - Inmate Legal Mail
501 CAPITAL CIR NE
TALLAHASSEE, FL 32301-3558

Appeal Number: 12-11225-C
Case Style: Betty Sylvester v. USA
District Court Docket No: 3:09-cv-00455-MCR-EMT
Secondary Case Number: 3:06-cr-00460-MCR-EMT-1

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you regarding further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov . The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the $450 docket and $5 filing fees (total of $455) is paid to the **DISTRICT COURT** clerk, with notice to this office, or appellant requests leave to proceed in forma pauperis on appeal in the district court. See Fed.R.App.P. 24(a). A form which may be filed in the district court to accomplish this is enclosed.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

Enclosure(s)

HAB-1 Ntc of dktg COA IFP pndg DC