**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.  Case No.: 3:06cr460/MCR
    3:09cv455/MCR/EMT

BETTY SYLVESTER

_____/

**O R D E R**

Defendant has a motion for leave to appeal in forma pauperis. (Doc. 176). She indicates that this motion was initially mailed in February of 2012, but was never filed with the court. (Doc. 176 at 5). In reviewing the file, the court also notes that there has been no ruling on the question of Defendant's entitlement to a certificate of appealability. The magistrate judge discussed the propriety of issuing a certificate of appealability in the body of her recommendation and concluded that it should not be granted, although this conclusion was not included in the closing paragraph of the report and recommendation. (Doc. 152 at 14–15). This court's order adopting the recommendation likewise did not indicate its position on the certificate of appealability. (Doc. 158 at 1–2). When a notice of appeal was filed, chambers were not timely notified that action was needed. (Doc. 165). *See* Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability). Then, the Eleventh Circuit dismissed Defendant's case for want of prosecution due to Defendant's failure to pay the filing and docketing fees or file a motion to proceed in forma pauperis without mentioning the lack of a certificate of appealability. (Doc. 175). Because Defendant has now filed her motion to proceed in forma pauperis, consideration of the certificate of appealability issue is also in order.

Unless a certificate of appealability is issued, the Defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because

the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's January 17, 2012 order (doc. 158) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on November 23, 2011 (doc. 152) over defendant's objection (doc. 155), her request for a certificate of appealability is DENIED. Defendant's motion for leave to proceed *in forma pauperis* (doc. 176) will also be denied as the court finds that the appeal is not taken in good faith and Defendant is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). To proceed with her appeal, Defendant shall pay the $455.00 filing fee within thirty days.

**DONE AND ORDERED** this 8th day of May, 2012.

 s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**