# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 09, 2012

Betty Sylvester
FCI Tallahassee - Inmate Legal Mail
501 CAPITAL CIR NE
TALLAHASSEE, FL 32301-3558

Appeal Number: 12-11225-C
Case Style: Betty Sylvester v. USA
District Court Docket No: 3:09-cv-00455-MCR-EMT
Secondary Case Number: 3:06-cr-00460-MCR-EMT-1

We have received copies of the orders of the district court declining to issue a certificate of appealability and denying leave to proceed on appeal in forma pauperis.

Pursuant to Fed.R.App.P. 22(b) and 24(a), you may within thirty (30) days from this date either pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2. A motion for a certificate of appealability should be filed in this court within the same time period. The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within thirty (30) days from the date of this letter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

Enclosure(s)

HAB-5 COA IFP Denied DC